Order filed October 16, 2014



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00506-CV

_____

**CRYSTAL R. DAVIS, Appellant**

**V.**

**LITTLE NELL APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1047273**

---

## O R D E R

Appellant's brief was due October 3, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 17, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM